**G. Mark SEALS, Plaintiff–Appellant,**

v.

**GENERAL REVENUE CORPORATION (GRC), an Ohio corporation; National Enterprise Systems (NES), an Ohio corporation, Defendants–Appellees.**

**No. 02–2031.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 9, 2002.

Decided Dec. 23, 2002.

G. Mark Seals, Appellant Pro Se. Kevin Todd Dreyer, General Revenue Corporation, Cincinnati, Ohio; Paul Thomas Farell, Huntington, West Virginia, for Appellees.

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

G. Mark Seals appeals the dismissal of his civil action alleging violations of the Fair Debt Collection Practices Act, *see* 15 U.S.C. §§ 1692–1692o (2000) (FDCPA), and the West Virginia Consumer Credit Protection Act, *see* W. Va.Code § 46A–2–125 (1999) (WVCCPA). We have reviewed the district court's memorandum opinion and order adopting the magistrate judge's report and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Seals v. General Revenue Corp.,* No. CA–01–118–5 (N.D.W.Va. Aug. 19, 2002). Additionally, we deny Seals' motion to correct his complaint as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*